| | |
|---|---|
| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number<br>Les Zieve<br>Law Offices of Les Zieve<br>18377 Beach Blvd., Suite 210<br>Huntington Beach, CA 92648<br>(661) 588-9220/ Fax (661) 588-9221<br>#123319<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>MAY 07 2009<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>Michael Letourneau<br><br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:09-bk-16053-ER<br><br>DATE: May 4, 2009<br>TIME: 10:00 a.m.<br>CTRM: 1568<br>FLOOR: 15th |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**UNDER 11 U.S.C. § 362**
**(Unlawful Detainer)**
**(MOVANT: American Chartered Bank )**

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. This Order applied to the following residential or nonresidential real property (the "Property"):

   *Street Address:* 1900 Telegraph Road
   *Apartment/Suite no.:*
   *City, State, Zip Code:* Bannockburn, Illinois 60015

3. The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2). The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant"). Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4. The Court further orders as follows:

   a. ☐ Movant shall not cause the Debtor(s) to be locked out before the following date *(specify)*:

   b. ☐ The Stay is annulled retroactive to the petition date. Any postpetition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.

   c. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   d. ☐ All provisions of this Order also apply to relief from the co-debtor under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.

*(This Order is continued on the next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 4001-10.UD

Order Granting Motion for Relief from Stay – Page 2    **F 4001-10.UD**

| In re:<br>Michael Letourneau | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-16053 ER |

e. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

f. ☒ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10.ER)*.

g. ☐ See attached continuation page for additional provisions.

###

DATED: May 7, 2009

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                            **F 4001-10.UD**

| In re:<br>Michael Letourneau | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-16053 ER |

## *OPTIONAL*)
## EXTRAORDINARY RELIEF ATTACHMENT
## (MOVANT:  __American Chartered Bank__  )

*(This Attachment is the continuation page for Paragraph __4f____ of the foregoing Order.)*

Based upon evidence of efforts by Debtor(s) or others acting in concert with Debtor(s) to delay, hinder or defraud Movant by abusive bankruptcy filings, this court further orders as follows:

1. ☐ This Order is binding and effective in any bankruptcy case commenced by or against the Debtor(s) for a period of 180 days from the hearing of the Motion.

2. ☐ This Order is binding and effective in any bankruptcy case commenced by or against any successors, transferees, or assignees of the above-named Debtor(s) for a period of 180 days from the hearing of the Motion.
   - ☐ without further notice.
   - ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

3. ☐ This Order is binding and effective in any bankruptcy case commenced by or against any debtor(s) who claim(s) any interest in the Property for a period of 180 days from the hearing of the Motion.
   - ☐ without further notice.
   - ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

4. ☐ This Order is binding and effective in any future bankruptcy case, no matter who the debtor(s) may be
   - ☐ without further notice.
   - ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

5. ☐ The Debtor(s) is/are hereby enjoined from transferring all or any portion of the Property for a period of 180 days from the hearing of the Motion except as may be authorized by further order of this Court, and any transfer in violation of this Order is void.

6. ☒ The Sheriff or Marshal may evict the Debtor(s) and any other occupant from the subject Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of the Motion.
   - ☒ without further notice.
   - ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

7. ☐ Other (*specify*):

> EMR
> Judge's Initials

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009     F 4001-10.UD

Order Granting Motion for Relief from Stay – Page 4　　**F 4001-10.UD**

| In re:<br>Michael Letourneau | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-16053 ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18377 Beach Blvd., Suite 210, Huntington Beach, CA 92648

A true and correct copy of the foregoing document described ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 5/6/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/6/09 | Julie Simpkins | /s/ Julie Simpkins |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*　　**F 4001-10.UD**

| In re:<br>Michael Letourneau | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-16053 ER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**Michael Letourneau**
800 W 1st St #450
Los Angeles, CA 90012

**Frank A Maza**
19301 Saticoy St #D
Reseda, CA 91335

**Zak L Hussar**
110 E 9th St #A900
Los Angeles, CA 90078

**Rana P Meer**
7400 Calvin Ave
Reseda, CA 91335

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-10.UD**

| In re:<br>Michael Letourneau | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-16053 ER |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Les Zieve, Counsel for Movant         amolina@zievelaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                           **F 4001-10.UD**

| Order Granting Motion for Relief from Stay – Page 7 | **F 4001-10.UD** |
|---|---|
| In re:<br>Michael Letourneau | CHAPTER 7 |
| Debtor(s). | CASE NUMBER 2:09-bk-16053 ER |

**ADDITIONAL SERVICE INFORMATION** (if needed):


**Michael Letourneau**
800 W 1st St #450
Los Angeles, CA 90012

**Frank A Maza**
19301 Saticoy St #D
Reseda, CA 91335

**Zak L Hussar**
110 E 9th St #A900
Los Angeles, CA 90078

**Rana P Meer**
7400 Calvin Ave
Reseda, CA 91335

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 4001-10.UD**