FILED & ENTERED

JUN 04 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Michael Letourneau,

Alleged Debtor.

Case No: 2:09-bk-16053-ER

Chapter: 7

**ORDER DISMISSING INVOLUNTARY PETITION**

Date:      May 6, 2009
Time:      10:00 a.m.
Location:  Ctrm. 1568
           Roybal Federal Building
           255 East Temple Street
           Los Angeles, CA 90012

    Based on the petitioning creditors' failure to (1) appear at the status conference set by the court and (2) serve the Summons and Notice of Status Conference in an Involuntary Bankruptcy Case on the Alleged Debtor, the Court HEREBY ORDERS that the Involuntary Petition (Case No. 2:09-bk-16053-ER) is DISMISSED pursuant to Local Bankruptcy Rule 1010-1.

    IT IS SO ORDERED.

DATED: June 4, 2009

_____
United States Bankruptcy Judge

- 1 -

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING INVOLUNTARY PETITION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 1, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Les A Zieve    amolina@zievelaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Zak L Hussar
110 E 9th St #A900
Los Angeles, CA 90078

Michael Letourneau
800 W 1st St #450
Los Angeles, CA 90012

Frank A Maza
19301 Saticoy St #D
Reseda, CA 91335

Rana P Meer
7400 Calvin Ave
Reseda, CA 91335

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page